**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3833ND

_____

Maryann B. Posl,                          *
                                          *
               Appellant,                 *
                                          *        Appeal from the United States
        v.                                *        District Court for the District of
                                          *        North Dakota.
Kenneth S. Apfel, Commissioner of         *
Social Security,                          *             [UNPUBLISHED]
                                          *
               Appellee.                  *

_____

Submitted:  April 13, 1998
Filed:  April 22, 1998

_____

Before FAGG and HANSEN, Circuit Judges, and STROM,* District Judge.

_____

PER CURIAM.

       Maryann B. Posl appeals the district court's grant of summary judgment upholding the Commissioner's decision to deny Posl disability insurance and supplemental security income benfits.  After careful review of the administrative record and the parties' briefs, we conclude substantial evidence supports the decision of the Commissioner that Posl is not disabled for Social Security purposes and the judgment of the district court is correct.  This case presents no novel issues to justify an extended

_____

       *The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska, sitting by designation.

discussion. Accordingly, we affirm for the reasons stated in the district court's memorandum and order. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.